# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

MARGARITA TORRES                                                                 PLAINTIFF

v.                            Case No.    4:20-cv-4100  

JERRY HUNT AND
STOCKSTILL TRUCKING, INC.                                     DEFENDANTS

## **NOTICE OF REMOVAL**

      TO:         The United States District Court
                       Western District of Arkansas, Texarkana Division

                       Jake M. Logan
                       Rainwater, Holt, & Sexton, P.A.
                       P.O. Box 17250
                       Little Rock, Arkansas 72222
                       Counsel for Margarita Torres

       In accordance with 28 U.S.C. §§ 1441 and 1446, Defendant gives notice of removal of this action from the Circuit Court of Hempstead County, Arkansas, to the United States District Court for the Western District of Arkansas, Texarkana Division.  Jurisdiction for this removal is based upon diversity of citizenship, 28 U.S.C. § 1332, and is demonstrated by the following:

       1.       This action was commenced by the filing of a Complaint against Defendants Jerry Hunt and Stockstill Trucking, Inc. ("Stockstill") in the Circuit Court of Hempstead County, Arkansas, Civil Division, on October 6, 2020, and was assigned Case No. 29cv-20-104-2.  A copy of the Complaint and the Summons issued by the Hempstead County Circuit Clerk are attached hereto as Exhibit A.

       2.       Stockstill was purportedly served via service on its registered agent on October 13, 2020.  Stockstill reserves the right to dispute the validity of this service.

3. Upon information and belief, Defendant Jerry Hunt has not been served as of the date of this filing.

4. This Notice of Removal is filed within thirty (30) days of the first delivery of the Summons and Complaint to Stockstill on or around October 13, 2020.

5. Stockstill is a Mississippi corporation with its principal place of business in Purvis, Mississippi.

6. Defendant Jerry Hunt is, upon information and belief, a resident of Foxworth, Marion County, Mississippi.

7. Plaintiff, Margarita Torres, is a citizen and resident of Hope, Hempstead County, Arkansas.  Complaint ¶ 1.

8. Therefore, complete diversity of citizenship exists between the parties.

9. This is a civil action where Plaintiff pleads damages for a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate her for damages.  Complaint ¶ 32.

10. Therefore, this action is one over which this Federal District Court has original jurisdiction because there is complete diversity of citizenship between the parties and the amount in controversy is greater than $75,000 as required by 28 U.S.C. § 1332.  Thus, this case is removable under 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

11. The United States District Court for the Western District of Arkansas, Texarkana Division, embraces the county in which the state court action is now pending. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

12. In accordance with 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Circuit Clerk of Hempstead County, Arkansas, and is serving a copy of the Notice of Removal on counsel for Plaintiff.

13. Stockstill has not yet filed an initial responsive pleading in the Circuit Court of Hempstead County, Arkansas. Stockstill will file its initial responsive pleading within seven (7) days of the time the Notice of Removal is filed pursuant to Fed. R. Civ. P. 81(c)(2).

14. No admission of fact, law, or liability is intended by the filing of this notice, and all defenses, motions, and pleadings are expressly reserved.

Wherefore, Defendant, Stockstill Trucking, Inc., gives notice that this case has been removed from the Circuit Court of Hempstead Count, Arkansas, Civil Division, to the United States District Court for the Western District of Arkansas, Texarkana Division.

Respectfully submitted,

**MUNSON, ROWLETT, MOORE & BOONE, P.A.**
400 W. Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201
(501) 374-6535
(501) 374-5906 FX
eric.eggburn@mrmblaw.com

BY: *Eric H. Eggburn*
Eric H. Eggburn, AR BAR 2017111
*Attorney for Defendant Stockstill Trucking, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Eric H. Eggburn, certify that a copy of the foregoing pleading was mailed via U.S. Mail, postage prepaid on this 9th day of November, 2020, to the following counsel of record:

Jake M. Logan
Rainwater, Holt, & Sexton, P.A.
P.O. Box 17250
Little Rock, Arkansas 72222

*/s/ Eric H. Eggburn*
_____
Eric H. Eggburn