IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARGARITA TORRES                          PLAINTIFF

v.                      Case No. 4:20-cv-4100

JERRY HUNT;
STOCKSTILL TRUCK, INC.; and
MARIA CRISTINA DELAROSA                      DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal of her action against Defendants. (ECF No. 15). Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Procedure 41(a)(2), Plaintiff's Complaint against Defendants Jerry Hunt, Stockstill Truck, Inc., and Maria Cristina Delarosa is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of February, 2021.

                                                   /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   Chief United States District Judge